1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LOCKMILLER,                                    No. C 19-04554 WHA

     Plaintiff,

  v.                                                        **JUDGMENT**

UNITED STATES, *et al*.,

     Defendants.

                                        /

     For the reasons stated in the accompanying order dismissing plaintiff's amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk shall please close the file.

     **IT IS SO ORDERED.**

Dated:  September 27, 2019.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE